IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00189-BNB

FREDDY CORNEJO-GOMEZ,

    Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICES,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Petitioner, Freddy Cornejo-Gomez, is a prisoner who currently is incarcerated at the Idaho Correctional Center in Boise. He initiated this action by submitting *pro se* documents titled "Petition to Invoke Speedy Trial" and "Declaration in Support of Request for Leave to Proceed In Forma Pauperis."

In an order filed on January 30, 2009, Magistrate Boyd N. Boland ordered Mr. Cornejo-Gomez to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Cornejo-Gomez was directed either to pay the $5.00 filing fee or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. He also was directed to submit on the proper, Court-approved form an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The January 30 order warned Mr. Cornejo-Gomez that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice. Mr. Cornejo-Gomez has

failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that document titled "Petition to Invoke Speedy Trial" is denied, and the action is dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that to the extent Petitioner, Freddy Cornejo-Gomez, seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, the request is denied as moot.

DATED at Denver, Colorado, this 11 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00189-BNB

Freddy Cornejo-Gomez
Prisoner No. 78797
Idaho Correctional Center
P.O. Box 70010
Boise, ID 83707

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/12/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk